1460

**2002–1837. Jennings v. Univ. Ear, Nose & Throat Specialists, Inc.**
Hamilton App. No. C–010516, 2002-Ohio-4805. Discretionary appeal allowed and cause held for the decision in 2002–1560, *Johns v. Horton,* Hamilton App. No. C–010672, 149 Ohio App.3d 252, 2002-Ohio-3802, 776 N.E.2d 1146; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1854. Roberts v. Wausau Business Ins. Co.**
Franklin App. Nos. 02AP–04 and 02AP–05, 2002-Ohio-4734. Discretionary appeal allowed and cause held for the decision in 2002–1126, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-2432 and 2002-Ohio-3404; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1857. Glick v. Sokol.**
Franklin App. No. 01AP–1224, 2002-Ohio-4731.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**2002–1861. Masiongale Electrical–Mechanical, Inc. v. Constr. One, Inc.**
Franklin App. No. 02AP–138, 2002-Ohio-4736.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1879. State v. Johnson.**
Cuyahoga App. No. 80459, 2002-Ohio-4581. Discretionary appeal allowed and cause to be argued on the same date as 2002–1888, *State v. Jordan,* Cuyahoga App. No. 80675, 2002-Ohio-4587.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2002–1880. Danziger v. Luse.**
Sandusky App. No. S–01–042, 2002-Ohio-4945.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**2002–1888. State v. Jordan.**
Cuyahoga App. No. 80675, 2002-Ohio-4587. Discretionary appeal allowed and cause to be argued on the same date as 2002–1879, *State v. Johnson,* Cuyahoga App. No. 80459, 2002-Ohio-4581.

RESNICK and PFEIFER, JJ., dissent.